UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
 :
TERESA RODRIGUEZ, *individually and on behalf of all*  :
*others similarly situated*,  :
 :
     Plaintiff,,  :   21-CV-11002 (JMF)
 :
  -v-  :   <u>ORDER</u>
 :
COLGATE-PALMOLIVE COMPANY et al,  :
 :
     Defendants.  :
 :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

  In light of the executed waiver of service filed on the docket, *see* ECF Nos. 14, 15, the initial pretrial conference (currently scheduled for May 9, 2022, *see* ECF No. 13), is adjourned to **June 13, 2022**, at **4:00 p.m.**

  SO ORDERED.

Dated: March 29, 2022           _____
   New York, New York          JESSE M. FURMAN
                  United States District Judge