UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Teresa Rodriguez, individually on behalf of herself and all others similarly situated,

      Plaintiff,

-against-

Colgate-Palmolive Company and Elta MD, Inc.,

      Defendants.

Case No. 1:21-cv-11002-JMF

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

---

  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, Teresa Rodriguez, individually and on behalf of herself, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice.

Date: May 24, 2022

      Respectfully submitted,

The Clerk of Court is directed to close this case.  SO ORDERED.

*[signature]*

May 25, 2022

By: */s/ Jason P. Sultzer*
Jason P. Sultzer, Esq.
**THE SULTZER LAW GROUP P.C.**
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
Tel.: (845) 483-7100
*sultzerj@thesultzerlawgroup.com*

*Counsel for Plaintiff*